**Ulises TAMAYO–GONZALEZ, also known as Bernardo Echavarria, Petitioner–Appellee,**

v.

**Carol JENIFER, Interim District Director, Bureau of Citizenship and Immigration Services, Respondent–Appellant.**

No. 02–1372.

United States Court of Appeals, Sixth Circuit.

Nov. 10, 2003.

Miriam L. Siefer, Rafael C. Villarruel, Nancy L. McGunn, Detroit, MI, for Petitioner–Appellee.

Papu Sandhu, James A. Hunolt, Washington, DC, for Respondent–Appellant.

Before NELSON, CLAY, and COOK, Circuit Judges.

*ORDER*

The government appeals the judgment granting a petition for a writ of habeas corpus and ordering the petitioner's immediate release from the custody of the Bureau of Citizenship and Immigration Services. The government now moves for the summary disposition of the appeal, conceding that the judgment must be affirmed pursuant to this court's decision of *Rosales–Garcia v. Holland*, 322 F.3d 386 (6th Cir.) (en banc), *cert. denied*, — U.S. —, 123 S.Ct. 2607, 156 L.Ed.2d 627 (2003).

* The Honorable Karl S. Forester, United States Chief District Judge for the Eastern District of

The petitioner does not oppose the summary disposition of the appeal.

Based on the government's concession that this appeal is controlled by *Rosales–Garcia v. Holland, supra,* the judgment of the district court is **AFFIRMED.**